# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00695-CV
NO. 03-13-00195-CV

**The State of Texas, Appellant**

**v.**

**Life Partners Holdings, Inc.; Life Partners, Inc.; Brian D. Pardo; R. Scott Peden; Advance Trust & Life Escrow Services, LTA; and Purchase Escrow Services, LLC, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GV-12-001128, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

On February 6, 2013, we granted the State's motion to abate its interlocutory appeal in cause number 03-12-00695-CV while a final judgment was prepared in the underlying proceeding. The State has now filed an unopposed motion to consolidate the interlocutory appeal with its appeal from the final judgment in cause number 03-13-00195-CV. The State did not specify whether it wanted us to consolidate the two appeals for consideration only or if it wanted the interlocutory appeal consolidated into the final appeal, but it informs us that the issues in the two appeals are identical. We therefore grant the State's motion, reinstate cause number 03-12-00695-CV, and consolidate it into the appeal from the final judgment, cause number 03-13-00195-CV. The record and all filings from cause number 03-12-00695-CV will be transferred into cause 03-13-00195-CV, and cause number 03-12-00695-CV will be dismissed.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

NO. 03-12-00695-CV  Dismissed
NO. 03-13-00195-CV  Consolidated

Filed:  May 8, 2013